**COM.**

**v.**

**MORRIS, D.**

**122 EDA 2016**

Superior Court of Pennsylvania.

03/28/2017

CP–51–CR–0125621–1981 (Philadelphia)

Vacated/Remanded

**COM.**

**v.**

**WELLS, D.**

**316 EDA 2016**

Superior Court of Pennsylvania.

03/28/2017

CP–51–CR–0006559–2008 (Philadelphia)

Affirmed

**COM.**

**v.**

**WINN, F.**

**417 EDA 2016**

Superior Court of Pennsylvania.

03/28/2017

CP–51–CR–0511411–2004
CP–51–CR–0600011–2004

CP–51–CR–0904141–2004
(Philadelphia)

Affirmed

**COM.**

**v.**

**ALSTON, K.**

**645 EDA 2016**

Superior Court of Pennsylvania.

03/28/2017

CP–51–CR–0902311–2006
(Philadelphia)

Affirmed

**COM.**

**v.**

**GARRICK, K.**

**852 EDA 2016**

Superior Court of Pennsylvania.

3/28/2017

CP–51–CR–0005346–2013
(Philadelphia)

Affirmed